JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABIA AHMED AND IMRAN AHMED,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:25-cv-04738-RGK-AS<br><br>[PROPOSED] JUDGMENT ON PARTIAL FINDINGS IN FAVOR OF DEFENDANT UNITED STATES OF AMERICA<br><br>[Fed. R. Civ. P. Rule 52(c)]<br><br>Honorable R. Gary Klausner<br>United States District Judge |

In accordance with the Court's order granting Defendant United States of America's motion for judgment on partial findings under Federal Rule of Civil Procedure 52(c) and recitations of findings of fact and conclusions of law pursuant to Rule 52(c) [Dkt. 60], IT IS HEREBY ORDERED ADJUDGED, AND DECREED:

1. Plaintiffs Rabia Ahmed and Imran Ahmed take nothing;

2. Judgment is entered in favor of Defendant United States of America;

3. Costs shall be awarded in favor of Defendant United States of America.

IT IS SO ORDERED.

Dated: 7/8/2026

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE